IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNMAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 02-0572 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| MET-TECH INDUSTRIES, INC., | ) | Judge Gary L. Lancaster |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, on the 28th day of April, 2006 upon consideration of Jennmar's Motion to Lift Stay Upon Issuance of Certificate of Reexamination, it is hereby ORDERED, ADJUDGED AND DECREED that Civil Action No. 02-0572 is no longer stayed and Civil Action No. 02-0572 is to be returned to the active docket.

_____ J.