IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNMAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 02-0572 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| MET-TECH INDUSTRIES, INC., | ) | Judge Gary L. Lancaster |
| | ) | |
| Defendant. | ) | Electronically Filed |

**PLAINTIFF JENNMAR'S AND DEFENDANT MET-TECH'S STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

The Parties hereto submit the following Stipulated Dismissal of All Claims and Counterclaims pursuant to Fed. R. Civ. P. 41(a)(ii) and 41(c). Plaintiff Jennmar Corporation by its attorneys, Jones Day, hereby dismisses all of its claims in the above captioned matter with prejudice. Defendant Met-Tech Industries, Inc. by its attorneys, Fay, Sharpe, Fagan, Minnich & McKee, LLP, and Meyer, Unkovic & Scott, LLP hereby dismisses all of its counterclaims in the above captioned matter with prejudice.

Each party is to pay its own fees and costs.

Respectfully submitted,

Dated: July 12, 2006

By: _____
Roy A. Powell (PA37487)
rapowell@jonesday.com
Robert O. Lindefjeld (PA70444)
rlindefjeld@jonesday.com
Cecilia R. Dickson (PA89348)
crdickson@jonesday.com
Clay P. Hughes (PA200033)

By: _____ /CPH w/ permission
James R. Mall (PA28520)
jrm@muslaw.com
MEYER, UNKOVIC & SCOTT, LLP
1300 Oliver Building
Pittsburgh, PA 15222
Telephone: (412) 456-2800
Fax: (412) 456-2684

cphughes@jonesday.com
JONES DAY
One Mellon Center, 31st Floor
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Fax: (412) 394-7959

Attorneys for Plaintiff
Jennmar Corporation

Christopher B. Fagan (OH0026074)
*cfagan@faysharpe.com*

Jude A. Fry (OH0053651)
*jfry@faysharpe.com*

Erik Overberger (OH0071862)
*eoverberger @faysharpe.com*
FAY, SHARPE, FAGAN, MINNICH &
McKEE, LLP
1100 Superior Avenue, 7th Floor
Cleveland, OH 44114-2518
Telephone: (216) 861-5582
Fax: (216) 241-1666

Attorneys for Defendant
Met-Tech Industries, Inc.

SO ORDERED, this 12th day of July, 2006.

_____
Gary L. Lancaster, U.S. District Judge